UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PATRICK KELLER,<br>on behalf of Plaintiff and a class<br><br>*Plaintiff*,<br><br>v.<br><br>CLIENT SERVICES, INC.,<br><br>*Defendant*. | Civil Action No. 3:21-cv-50218 |

**DEFENDANT CLIENT SERVICES, INC.'S**
**NOTICE OF REMOVAL**

Defendant Client Services, Inc. ("Defendant") files this *Notice of Removal* of this action from the Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois to the United States District Court for the Northern District of Illinois as follows:

1. On April 23, 2021, Plaintiff Patrick Keller ("Plaintiff") commenced a civil action against Defendant in the Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois.

2. This is a civil action based on Plaintiff's contentions that Defendant has violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").

3. Removal is proper because this case involves a federal question—alleged violations of the FDCPA. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

4. Removal is timely pursuant to 28 U.S.C. §1446(b) because Defendant has filed this Notice of Removal within 30 days of receipt of Plaintiff's Original Complaint. Plaintiff served the Original Complaint upon Defendant on April 29, 2021.

5. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

6. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendants are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

7. A copy of this Notice of Removal has been sent to Plaintiffs and will be filed with the clerk of the Circuit Court of the 22nd Judicial Circuit, McHenry County, Illinois.

8. A jury demand was not made in state court.

For the above reasons, Defendant Client Services, Inc. requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: May 28, 2021　　　　　　　　　　Respectfully submitted,

**MALONE FROST MARTIN PLLC**

s/ PATRICK A. WATTS
PATRICK A. WATTS, IL Bar #6302112
150 S. Wacker Dr., Ste. 2400
Chicago, IL 60606
P: (312) 741-0990
F: (888) 632-6937
pwatts@mamlaw.com

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF filing system and via electronic mail pursuant to 28 U.S.C. §1446(d), on this 28th day of May, 2021, to:

Daniel A. Edelman
Dulijaza (Julia) Clark
Samuel Park
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Ste. 1500
Chicago, IL 60603
Ph: (312) 739-4200
Fax: (312) 419-0379
Courtecl@edcombs.com
*Attorneys for Plaintiff*

By:/s/ Patrick A. Watts