IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PATRICK KELLER, )<br>on behalf of Plaintiff and a class )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CLIENT SERVICES, INC., )<br> )<br>    Defendant. ) | 3:21 cv 50218<br>Judge Johnston<br>Magistrate Judge Jensen |

## STATUS REPORT REGARDING LR 54.3 CONFERENCE

Plaintiff Patrick Keller and Defendant Client Services, Inc., pursuant to LR 54.3, have come to an agreement regarding Defendant paying attorney's fees related to Plaintiff's Motion to Remand. There is no dispute as to the amount. Plaintiff has received payment from Defendant, but the check has not yet cleared.

                                                                     Respectfully submitted,

*s/Dulijaza Clark*                                   *s/ Xerxes Martin*

Daniel A. Edelman                                 Jacob Bach
Dulijaza (Julie) Clark                            Xerxes Martin
Julia Ozello                                                   Malone Frost Martin, PLLC
EDELMAN, COMBS, LATTURNER       8750 North Central Expressway, Suite 1850
& GOODWIN, LLC                           Dallas, Texas 75231
20 S. Clark Street, Suite 1500               312-346-2630
Chicago, IL 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, an attorney, hereby certify that on Tuesday, December 21, 2021, I caused the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties by operation of the Court's electronic filing system.

                                              */s/ Dulijaza Clark*

Daniel A. Edelman  
Dulijaza (Julie) Clark  
Julia Ozello  
EDELMAN, COMBS, LATTURNER  
& GOODWIN, LLC  
20 S. Clark Street, Suite 1500  
Chicago, IL  60603  
(312) 739-4200